# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MATTHEW A. SMITH                                      CIVIL ACTION

VERSUS                                                NO.  14-1388

UNITED PARCEL SERVICE                                 SECTION "N" (3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the

Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Matthew A. Smith's lawsuit be DISMISSED WITHOUT

PREJUDICE for improper venue.

New Orleans, Louisiana, this 4th day December, 2014.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE